AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br>QUINCY JONES | ) ) ) ) ) ) ) | Case No. 13-157 MAG |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __On or about August 3, 2012__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C., § 1343 | Fraud by Wire |

This criminal complaint is based on these facts:

See Attached Affidavit

___ Fee_____
___ Process__USM__
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brent R. Korhn, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/06/2013__

_____
*Judge's signature*

City and state: __New Orleans, Louisiana__    Honorable Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

## AFFADAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brent R. Korhn, being duly sworn, hereby state the following under penalty of perjury:

I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately fifteen months. I was previously employed by FBI as an analyst for approximately three years in Columbus, Ohio, and assigned to a financial crimes and public corruption squad. I am currently assigned to the FBI New Orleans Field Office, and am responsible for investigating matters of public corruption. As a result of my experience and training, I am familiar with the strategy, tactics, methods, tradecraft, and techniques of public officials and public employees engaged in corrupt practices.

This affidavit is being submitted in support of an application for a complaint and arrest warrant charging QUINCY JONES with fraud by wire, in violation of Title 18, United States Code, Section 1343.

QUINCY JONES is employed as a police officer for the New Orleans Police Department ("NOPD") and is assigned as a detective to NOPD's Fourth District Narcotics Unit.

NOPD is an agency of the City of New Orleans, which is a local government and a political subdivision of the State of Louisiana.

The Housing Authority of New Orleans ("HANO") is a public housing authority operating within the City of New Orleans.

The BW Cooper Resident Management Corporation ("BW Cooper") manages the BW Cooper Housing Development for HANO.

The Guste Homes Resident Management Corporation ("Guste") manages the Guste Homes Housing Complex for HANO.

1

ASI Federal Credit Union, located in Harahan, Louisiana, is the bank at which JONES maintains a checking account.

JPMorgan Chase bank is the bank from which funds were transferred to pay direct deposit payroll funds to NOPD employees, including JONES.

## Background

In June 2013, FBI Special Agents met with members of NOPD's Public Integrity Bureau ("PIB"). PIB handles internal investigations concerning allegations of misconduct against members of the NOPD. During this meeting, members of PIB shared information with FBI concerning a possible scheme to defraud by JONES.

Based upon information received from PIB, FBI Special Agents and members of PIB interviewed a law enforcement officer with firsthand knowledge of JONES's activities. This law enforcement officer provided information that JONES had been working details at various locations, to include BW Cooper and Guste. This law enforcement officer knew that JONES would submit trip-sheets to NOPD and timesheets to BW Cooper or Guste with overlapping work periods, seeking payment from each entity for the same periods of time. NOPD time was entered electronically based upon work schedule and trip-sheets, which were completed by hand. BW Cooper and Guste timesheets were handwritten and signed by JONES.

FBI obtained a copy of a written NOPD policy titled, "Paid Details." The policy states, among other things, that officers are "authorized [to work] paid details only during those times when they are off-duty." FBI also obtained NOPD computer records reflecting the NOPD timesheet hours submitted by JONES. FBI also obtained police detail timesheets from BW Cooper and Guste for JONES.

2

An analysis of these records revealed that, in many pay periods, JONES had submitted timesheets to both NOPD and Guste/BW Cooper covering the same periods of time. The following table shows the overlapping times reported by JONES during one of these pay periods, the period from July 15, 2013, through July 28, 2013, inclusive:

| Date | NOPD Regular Time | NOPD Overtime | BW Cooper | Guste |
|---|---|---|---|---|
| 7/17/2012 | 8:25AM-5:00PM | 5:00PM-10:00PM | 7:00PM-11:00PM | |
| 7/18/2012 | 8:25AM-5:00PM | 5:00PM-10:00PM | 7:00PM-11:00PM | |
| 7/19/2012 | 8:25AM-5:00PM | 5:00PM-10:00PM | 7:00PM-11:00PM | |
| 7/24/2012 | 8:00AM-4:35PM | 4:35PM-9:35PM | 7:00PM-11:00PM | |
| 7/25/2012 | 8:00AM-4:35PM | 4:35PM-9:35PM | 7:00PM-11:00PM | |
| 7/26/2012 | | 4:35PM-9:35PM | 7:00PM-11:00PM | |
| 7/27/2012 | 8:00AM-4:35PM | 4:35PM-9:35PM | | 6:00PM-10:00PM |

FBI further obtained a City of New Orleans Payroll Calendar for 2012. This calendar indicated the payroll date for the time period encompassing the overlapping hours described above was on or about August 3, 2012.

FBI also obtained banking records for JONES from ASI Federal Credit Union. These records show that on or about August 3, 2012, an electronic funds transfer ("EFT") of $1,855.99 was deposited into JONES's account from an account described as, "City of New Orlepayroll [sic]." The EFT was payment for work days, reflected in the table above, in which JONES submitted overlapping work hours for his paid details and his NOPD overtime.

## Conclusion

Based upon the evidence presented above, your affiant submits that there is probable cause to believe that JONES has committed fraud by wire, in violation of Title 18, United States Code, Section 1343. As an NOPD employee, JONES was paid by the City of New Orleans to work as an NOPD detective, and to work exclusively for NOPD when on-duty. NOPD policies explicitly prohibited officers from working paid details while on-duty. Payments made to

3

JONES for his NOPD work were made via electronic funds transfer to an ASI Federal Credit Union bank account in his name. JONES also worked paid details under a contract with BW Cooper and Guste. The facts contained herein demonstrate that, on or about August 3, 2012, in the Eastern District of Louisiana and elsewhere, JONES, for the purpose of executing the scheme and artifice to defraud, caused the aforementioned bank electronic fund transfer to be transmitted by means of wire communications in interstate commerce as a result of false and fraudulent pretenses and representations.

_____
BRENT R. KORHN
SPECIAL AGENT, FBI

Sworn to and subscribed before me, on
this 6th day of November, 2013,
New Orleans, Louisiana.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

4